## AFFIRMATION OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

**MICHAEL FINEMAN**, an attorney admitted to the practice of law, being duly sworn, deposes and affirms that deponent is not a party to the within action, is over 18 years of age and resides in the State of New York, County of Kings.

That on the 10th day of July, 2007 deponent served the within <u>PLAINTIFF'S DEMAND FOR THE PRODUCTION OF DOCUMENTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 34</u> upon:

> The City of New York
> Care of NYC Law Dept.
> Attn: Sabrina Tann
> 100 Church Street
> New York, NY 10007

The attorney(s) for the respective parties in this action, at the above address(es) designated by said attorney(s) for that purpose by depositing same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

_____/s/_____
MICHAEL FINEMAN