**DISTRICT COURT OF THE UNITED STATES**
**SOUTHERN OF NEW YORK**

| | |
|---|---|
| WINSTON FARRELL | **Plaintiff (s)** / Petitioner (s) |
| ~ vs ~ | |
| THE CITY OF NEW YORK ; ET AL | **Defendant (s)** / Respondent (s) |

Trans. #:  20072027
Date Filed:
Docket/Index #:  07-CV-4052 (LAK)
Witness Fee:  $0.00
File: No    Court Date:
Client Ref #:
LAW OFFICE OF MICHAEL FINEMAN, ESQ.
305 BROADWAY, 7TH FLOOR
NEW YORK NY 10007

**STATE OF NEW YORK: COUNTY OF SUFFOLK    : SS:**

<u>CURTIS DUNCAN</u>, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on <u>May 25, 2007</u> at <u>03:02 PM</u>, at <u>357 WEST 35TH STREET, NEW YORK   NY 10001</u>
deponent served the within <u>SUMMONS IN A CIVIL CASE AND COMPLAINT</u>
on <u>**POLICE OFFICER SCHNIDER, MIDTOWN SOUTH PRECINCT**</u> defendant therein named.

**INDIVIDUAL** ☐
By personally delivering to and leaving with said _____ a true copy thereof,
And that he knew the person so served mentioned and described in said _____
     Defendant was identified by self admission

**CORPORATION** ☐
By delivering to and leaving with _____ at _____, and that he knew the person so served to be AUTHORIZED to accept service.
*Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person:*

**SUITABLE AGE PERSON** ☒
By delivering a true copy thereof to and leaving with <u>P.O. MELINDONES</u>, a person of suitable age and discretion at <u>357 WEST 35TH STREET, NEW YORK, NY,10001</u> the said premise being the defendants / respondents place of business within the state of New York.

**AFFIXING TO DOOR, ETC.** ☐
By affixing a true copy thereof to the door of the said premises, the same being the defendant's     within the State of New York.

**MAILING** ☒
Deponent completed service under the last two sections by depositing a true copy of the <u>SUMMONS IN A CIVIL CASE AND COMPLAINT</u>
in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office in the State of New York, on <u>May 28, 2007</u> to the Above Address
FIRST CLASS MAIL

**PREVIOUS ATTEMPTS** ☐
Deponent had previously attempted to serve the above named defendant/respondent.

A DESCRIPTION OF THE DEFENDANT OR OTHER PERSON SERVED ON BEHALF OF THE DEFENDANT IS AS FOLLOWS:

Approximate age <u>37</u>  Approximate weight <u>185</u>  Approximate height <u>5'9"</u>  Sex <u>Male</u>
Color of skin <u>WHITE</u>  Color of Hair <u>BROWN</u>  Other _____

☒  Deponent spoke with Person Served   who confirmed non-military status of the defendant. The person spoken to stated the defendant was not in the military service of the United States government or on active duty in the military service in the state of New York.

_____        Sworn to before me this  06/26/2007
CURTIS DUNCAN  1212924                _____

Robert Gillis
NOTARY PUBLIC State of New York
No. 01GI6083096
Qualified in Suffolk County
Certificate Filed in New York County
Commission Expires Nov. 12, 20__

Professional Process Service, Ltd.    Box 5462, Bay Shore, NY 11706, (631) 206-0611, Fax (631) 206-0617
NYC DCA Lic. No.: 1125394   P.O. Box 292 Times Square Station, New York, NY (212) 956-9620 Fax (646) 201-9178

DISTRICT COURT OF THE UNITED STATES
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| WINSTON FARRELL | **Plaintiff(s)** / **Petitioner(s)** |
| ~ vs ~ | |
| THE CITY OF NEW YORK ; ET AL | **Defendant(s)** / **Respondent(s)** |

Trans. #:  20072028
Date Filed:
Docket/Index #:  07-CV-4052 (LAK)
Witness Fee:  $0.00
File: No    Court Date:
Client Ref #:
LAW OFFICE OF MICHAEL FINEMAN, ESQ.
305 BROADWAY, 7TH FLOOR
NEW YORK NY 10007

STATE OF NEW YORK: COUNTY OF SUFFOLK   : SS:

<u>CURTIS DUNCAN</u>  , BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on <u>May 24, 2007</u> at <u>03:42 PM</u> , at , <u>100 CHURCH STREET , NEW YORK   NY 10007</u>
deponent served the within <u>SUMMONS IN A CIVIL CASE AND COMPLAINT</u>
on <u>THE CITY OF NEW YORK, OFFICE OF THE COMPTROLLER</u>  defendant therein named.

**INDIVIDUAL**
☐
By personally delivering to and leaving with said _____ a true copy thereof,
And that he knew the person so served mentioned and described in said_____
Defendant was identified by self admission

**CORPORATION**
☒ X
By delivering to and leaving with <u>MADELYN SANTANA</u>  at , <u>100 CHURCH STREET , NEW YORK , NY,10007</u>_____, and that he knew the person so served to be the AGENT of the corporation, AUTHORIZED to accept service.

*Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person:*

**SUITABLE AGE PERSON**
☐
By delivering a true copy thereof to and leaving with _____, a person of suitable age and discretion at _____ the said premise being the defendants / respondents    within the state of New York.

**AFFIXING TO DOOR, ETC.**
☐
By affixing a true copy thereof to the door of the said premises, the same being the defendant's    within the State of New York.

**MAILING**
☐
Deponent completed service under the last two sections by depositing a true copy of the _____
in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office in the State of New York, on _____ to the Above Address

**PREVIOUS ATTEMPTS**
☐
Deponent had previously attempted to serve the above named defendant/respondent.

A DESCRIPTION OF THE DEFENDANT OR OTHER PERSON SERVED ON BEHALF OF THE DEFENDANT IS AS FOLLOWS:

Approximate age <u>25-35</u> Approximate weight <u>131-160</u> Approximate height <u>5'4"-5'8"</u>  Sex <u>Female</u>
Color of skin <u>BROWN</u>  Color of Hair <u>BLACK</u>  Other _____
Deponent spoke with _____ who confirmed non-military status of the defendant. The person spoken to stated the defendant was not in the military service of the United States government or on active duty in the military service in the state of New York.

Sworn to before me this 06/19/2007

CURTIS DUNCAN 1212924

Robert Gillis
NOTARY PUBLIC State of New York
No. 01GI6083096
Qualified in Suffolk County
Certificate Filed in New York County
Commission Expires Nov. 12, 20 _10_