DISTRICT COURT OF THE UNITED STATES
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Trans. #: | 20072027 |
| Date Filed: | |
| Docket/Index #: | 07-CV-4052 (LAK) |
| Witness Fee: | $0.00 |
| File: No | Court Date: |
| Client Ref #: | |

WINSTON FARRELL

**Plaintiff (s)**
**Petitioner (s)**

~ vs ~

THE CITY OF NEW YORK ; ET AL

**Defendant (s)**
**Respondent (s)**

LAW OFFICE OF MICHAEL FINEMAN, ESQ.
305 BROADWAY, 7TH FLOOR
NEW YORK NY 10007

STATE OF NEW YORK: COUNTY OF SUFFOLK    : SS:

**CURTIS DUNCAN**, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on May 25, 2007 at 03:02 PM, at , 357 WEST 35TH STREET , NEW YORK  NY 10001
deponent served the within  SUMMONS IN A CIVIL CASE AND COMPLAINT
on **POLICE OFFICER SCHNIDER, MIDTOWN SOUTH PRECINCT** defendant therein named.

**INDIVIDUAL**    By personally delivering to and leaving with said _____ a true copy thereof,
And that he knew the person so served mentioned and described in said_____
Defendant was identified by self admission

**CORPORATION**    By delivering to and leaving with _____ at _____, and that he knew the person so served to be AUTHORIZED to accept service.
Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person.

**SUITABLE AGE PERSON** [X]    By delivering a true copy thereof to and leaving with P.O. MELINDONES _____, a person of suitable age and discretion at , 357 WEST 35TH STREET , NEW YORK , NY,10001 _____ the said premise being the defendants / respondents place of business within the state of New York.

**AFFIXING TO DOOR, ETC.**    By affixing a true copy thereof to the door of the said premises, the same being the defendant's        within the State of New York.

**MAILING** [X]    Deponent completed service under the last two sections by depositing a true copy of the SUMMONS IN A CIVIL CASE AND COMPLAINT
in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office in the State of New York, on May 28, 2007  to the Above Address
FIRST CLASS MAIL

**PREVIOUS ATTEMPTS**    Deponent had previously attempted to serve the above named defendant/respondent.

A DESCRIPTION OF THE DEFENDANT OR OTHER PERSON SERVED ON BEHALF OF THE DEFENDANT IS AS FOLLOWS:

Approximate age **37** Approximate weight **185** Approximate height **5'9"** Sex **Male**
Color of skin **WHITE**  Color of Hair **BROWN** Other _____

[X]    Deponent spoke with Person Served       who confirmed non-military status of the defendant. The person spoken to stated the defendant was not in the military service of the United States government or on active duty in the military service in the state of New York.

Sworn to before me this 06/26/2007

CURTIS DUNCAN 1212924

VINCENT J. GILLIS
Notary Public State of New York
No. 01GI4984824
Qualified in Suffolk County
Commission Expires July 25, 2007

Professional Process Service, Ltd.    Box 5462, Bay Shore, NY 11706, (631) 206-0611, Fax (631) 206-0617
NYC DCA Lic. No.: 1125394    P.O. Box 292 Times Square Station, New York, NY (212) 956-9620 Fax (646) 201-9178