UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
WINSTON FARRELL,

                          Plaintiff,

                -against-                                        07 Civ. 4052 (LAK)

THE CITY OF NEW YORK, et ano.,

                          Defendants.
------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/16/08

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       Plaintiff's motion for a default judgment against "P.O. Schnider" is denied. Among other things, (1) the complaint does not comply with Fed. R. Civ. P. 10(a) in that it does not fully set forth the name of the defendant intended to be sued, and (2) plaintiff has not complied with S.D.N.Y. Civ. R. 55.1.

       SO ORDERED.

Dated:        January 15, 2008

                                                              Lewis A. Kaplan
                                                    United States District Judge