

THE CITY OF NEW YORK

**MICHAEL A. CARDOZO**
*Corporation Counsel*

# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**SABRINA TANN**
Phone: (212) 442-8600
Fax: (212) 788-9776
stann@law.nyc.gov

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/30/08
```

January 28, 2008

**BY HAND DELIVERY**
Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: <u>Winston Farrell v. City of New York et al.</u>, 07 CV 4052 (LAK)

Your Honor:

    On behalf of the parties to the above-referenced action, I write to respectfully inform the Court that a settlement in the amount of Fifteen Thousand Dollars ($15,000) has been reached between the parties, which disposes of the action in its entirety. The parties are in the process of preparing the necessary settlement paperwork for submission to the Court.

Case dismissed with prejudice and without costs subject to right to reinstate by serving and filing a notice to that effect, on or before, **3/3/08**, if the settlement is not consummated by then.

SO ORDERED:

*/s/ Lewis A. Kaplan*
Lewis A. Kaplan
U.S.D.J.

1/30/08

We thank the Court for its consideration in this regard.

Respectfully submitted,

Sabrina Tann (ST 2552)
Assistant Corporation Counsel
Special Federal Litigation Division

cc: Michael Fineman, Esq.
Attorney for Plaintiff
307 Broadway, 7th Fl.
New York, New York 10007
(By Facsimile on 1/25/08)

2